FILED

FEB - 8 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:19-M -00131(1) |
| (1) Benjamin Bogard | § § | |

### ORDER TEMPORARILY RELEASING DEFENDANT

On this day it came to be considered the release of defendant for the purpose of mental health evaluation. Based upon the agreement of the parties, and the Court's finding of good cause, the detention hearing in this case is CONTINUED pending further order of the Court. See 18 U.S.C. 3142(f).

The Court hereby orders the defendant to be released to the custody of the FBI, for the sole purpose of transporting the defendant from GEO to Laurel Ridge, where he will undergo a mental health and dangerousness assessment. The defendant shall not be released from Laurel Ridge prior to the completion of the assessment. At the completion of the assessment, the defendant shall be released only to the custody of the FBI, for transport from Laurel Ridge back to GEO. The defendant will then be remanded back to the custody of the US Marshals service pending completion od the detention hearing. See 18 U.S.C. 3142(f), 3142(i).

The completed assessment and any recommendations for further treatment shall be provided to the Court and Pretrial Services. Such information shall remain confidential, subject to further Order of the Court. See 18 U.S.C. 3153(c)(1).

So Ordered on this the 8th day of February, 2019.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE