AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

USA

vs.

(1) Benjamin Bogard
*Defendant*

**EXHIBIT AND WITNESS LIST**

Case Number: SA:19-M-00131(1)
SA:19-CR-106

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| HENRY J. BEMPORAD | Tracy Thompson | Michael Morris |
| Trial/Hearing Date | Court Reporter | Courtroom Deputy |
| February 21, 2019 | FTR GOLD | Kriston Hunt |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| G-1 | | 2/21/19 | X | X | Information on tip to FBI, New York |
| G-2 | | 2/21/19 | X | X | 7 images of van and firearms |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GW1 | | | | | Special Agent Christina Spindell |
| GW2 | | | | | Special Agent Russell Durand |
| GW3 | | | | | Special Agent Rex Miller |
| DW1 | | | | | Robbie Bogard |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.