# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | SA19CR106 |
| vs. | § | NO: SA:19-M-00131(1) |
| | § § | |
| (1) Benjamin Bogard | § | |

## WITHDRAWAL OF GOVERNMENT EXHIBITS

I hereby acknowledge receipt of the following exhibits which were introduced in the above styled and numbered cause and the withdrawal of which was authorized by the Court on this date: Thursday, February 21, 2019.

* Note: I understand that these exhibits must be retained pending final disposition of the case.

| Exhibit No. | Exhibit |
|---|---|
| G-1 | Information on tips provided to FBI, New York |
| G-2 | 7 Images of van and firearms |

**Received By:** _____
(Name)

_____
(Name)