UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00106(1)-DAE |
| | § | |
| (1) Benjamin Bogard | § | |

## ORDER RESETTING MOTION FOR REVOCATION OF RELEASE ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION FOR REVOCATION OF RELEASE ORDER** in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on **Thursday, March 07, 2019 at 09:00 AM**. **Defense counsel's response to the pending motion is due to the Court no later than Monday, March 4, 2019 by the close of business day.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas, February 26, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE