**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CRIMINAL NO. SA-19-CR-106-DAE** |
| | ) |
| **BENJAMIN BOGARD,** | ) |
| | ) |
| **Defendant.** | ) |

**GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Antonio Franco, Jr. is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Antonio Franco, Jr. be added to the docket in the instant cause.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By: /s/
ANTONIO FRANCO, JR.
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 00784077

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Michael J. Morris
Morris & Bermudez, PLLC
299 W. San Antonio Street
New Braunfels, TX 78130
Email: mmorris@mmbiblaw.com
*(Attorney for Defendant BENJAMIN BOGARD)*

      /s/
ANTONIO FRANCO, JR
Assistant United States Attorney