UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA, | § § | |
| Plaintiff, | § | NO: SA:19-CR-00106(1)-DAE |
| vs. | § § | |
| (1) Benjamin Bogard, | § § | |
| Defendant. | § § | |

## ORDER RESETTING MOTION FOR REVOCATION OF RELEASE ORDER

It is hereby ORDERED that the hearing on MOTION FOR REVOCATION OF RELEASE ORDER (Dkt no. 19) is reset for **Thursday, April 18, 2019 at 09:00 AM** before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX.

IT IS SO ORDERED.

DATED: San Antonio, Texas April 03, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE