UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO:  SA:19-CR-00106(1)-DAE |
| (1) Benjamin Bogard | § | |

ORDER CANCELLING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for a hearing regarding the pending MOTION FOR REVOCATION OF RELEASE ORDER on Thursday, April, 18, 2019 at 09:00 AM is hereby **CANCELLED.**

IT IS SO ORDERED.

DATED: San Antonio, Texas April 17, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE