IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
APR 18 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \| | SA-19-CR-106(DAE) |
| Plaintiff, | \| | **SUPERSEDING INFORMATION** |
| VS. | \| | [18 U.S.C. § 1466A(b)(1) & (d)(4) |
| | \| | Possession of Obscene Visual Representations |
| BENJAMIN JOOST BOGARD, | \| | of the Sexual Abuse of Children] |
| Defendant. | \| | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
[18 U.S.C. 1466A(b)(1)]

On or about January 25, 2019, within the Western District of Texas and elsewhere, the Defendant,

**BENJAMIN JOOST BOGARD,**

did knowingly possess one or more visual depictions that depicts a minor engaging in sexually explicit conduct, and are obscene, that had been shipped and transported in interstate and foreign commerce by any means, including by computer,

All in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

Respectfully Submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
TRACY THOMPSON
Assistant U.S. Attorney