FILED
MAY -1 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>BENJAMIN JOOST BOGARD,<br>  Defendant. | ) **WAIVER OF INDICTMENT**<br>)<br>)<br>)<br>)<br>) CASE NUMBER: SA-19-CR-106 DAE<br>)<br>)<br>)<br>) |

I, BENJAMIN JOOST BOGARD, the above named defendant, who is accused of one count of Possession of Obscene Visual Representations of the Sexual Abuse of Children in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
BENJAMIN JOOST BOGARD
Defendant

_____
MICHAEL MORRIS
RANDY JEFFERIES
Counsel for Defendant

Before: _____
THE HONORABLE HENRY BEMPORAD
U.S. MAGISTRATE JUDGE