IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

MAY - 1 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | I CRIMINAL NO. 5:19-cr-106-DAE |
| | I |
| Plaintiff, | I AMENDED |
| | I **SUPERSEDING INFORMATION** |
| | I |
| VS. | I [18 U.S.C. § 1466A(b)(1) & (d)(4) |
| | I Possession of Obscene Visual Representations |
| BENJAMIN JOOST BOGARD, | I of the Sexual Abuse of Children] |
| | I |
| Defendant. | I |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
[18 U.S.C. 1466A(b)(1)]

On or about January 25, 2019, within the Western District of Texas and elsewhere, the

Defendant,

**BENJAMIN JOOST BOGARD,**

did knowingly possess one or more visual depictions that depicts a minor engaging in sexually

explicit conduct, and are obscene, that had been shipped and transported in interstate and foreign

commerce by any means, including by computer,

All in violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* **Fed. R. Crim. P. 32.2**]

### Possession of Obscene Visual Representation of the Sexual Abuse of Children Violation and Forfeiture Statute
**[Title 18 U.S.C. §§ 1466A(b)(1) and (d)(4), subject to forfeiture pursuant to
Title 18 U.S.C. §§ 1467(a)(1) and (3)]**

As a result of the foregoing criminal violations set forth in Count One, the United States of America gives notice to Defendant **BENJAMIN JOOST BOGARD**, of its intent to seek the forfeiture of any forfeitable property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 1467, which states:

> **Title 18 U.S.C. § 1467. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture.-**A person who is convicted of an offense involving obscene material under this chapter shall forfeit to the United States such person's interest in-
>
> > **(1)** any obscene material produced, transported, mailed, shipped, or received in violation of this chapter;
> > ....
> > **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such.

This Notice of Demand for Forfeiture includes, but is not limited to, the properties described below.

### Personal Property

1. **Any and all online accounts used by the defendant;**
2. **Huawei P20 Lite ANE-LX3 cellular telephone bearing serial number KPSDU18425000143.**

Respectfully Submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
TRACY THOMPSON
Assistant U.S. Attorney