# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CRIMINAL NO. SA-19-CR-106-DAE |
| | § | |
| BENJAMIN BOGARD, | § | |
| *Defendant*. | § | |

## DEFENDANT'S UNOPPOSED MOTION TO EXPEDITE SENTENCING

TO HONORABLE UNITED STATES DISTRICT COURT JUDGE DAVID A. EZRA:

COMES NOW, Defendant Benjamin Bogard, by and through his attorney of record, Michael Morris, and files this Unopposed Motion to Expedite Sentencing, and would show this Court as follows:

1. The sentencing in this case is currently set for August 5, 2019.

2. Defendant is facing a statutory range of zero to twenty (0–20) years' confinement. Because probation without confinement is a possibility, each day Defendant sits incarcerated may prove unnecessary and thus wasted should Defendant be sentenced to probation.

3. Furthermore, the Pre-sentence Interview and Pre-sentence Report in this case will be very short considering Defendant's youth (twenty years' old) and absence of criminal history.

4. Defendant respectfully requests an expedited sentencing date be set as soon as possible in the Court's discretion.

5. Defendant's counsel conferred with AUSA Tracy Thompson who agrees with the aforementioned reasons and does not oppose this Motion.

Respectfully submitted,

By:   Michael Morris  /s/

Michael Morris, 24002651  
Morris & Bermudez, pllc  
299 W. San Antonio  
New Braunfels, TX 78130  
Tel. (830) 626 – 8779  
Fax (830) 627 – 0890  
mmorris@mmbiblaw.com

## CERTIFICATE OF SERVICE

I, Michael Morris, hereby certify that on May 6, 2019 a true and correct copy of this Motion to Expedite Sentencing was sent to AUSA Tracy Thompson electronically via the CM/ECF system.

AUSA Tracy Thompson  
United States Attorney's Office  
601 NW Loop 410, Ste. 600  
San Antonio, Texas 78216  
(210) 384-7100  
Tracy.Thompson@usdoj.gov

/s/ Michael Morris  
MICHAEL J. MORRIS  
Attorney for Defendant