

May 6, 2019

USA v. Bogard

*Re: Vacation Letter*

To the Clerk of Court:

Please be advised that I will be out of the office on the following dates: July 7, 2019 to July 13, 2019.

This office would appreciate any cooperation you can provide in accommodating my schedule. By copy of this correspondence I am notifying counsel of record of these plans and requesting them to please refrain from scheduling any hearings, depositions, or trials during the above – referenced dates.

Thank you for your cooperation and courtesy in this matter. Should you have any questions, feel free to contact me.

Cordially,

<u>/s/ Michael J. Morris</u>
Michael J. Morris
State Bar No. 24002651

MORRIS & BERMUDEZ, p.l.l.c.
299 W. San Antonio
New Braunfels, Texas 78130
Tel: (830) 626-8779
mmorris@mmbiblaw.com

cc: Tracy Thompson   tracy.thompson@usdoj.gov

Michael J. Morris ♦ Beverly Isaiah-Bermudez
Alessandra Vigil-Moore, Associate ♦ J. William Stoll, Of Counsel ♦ Chris Cessac, Of Counsel
299 W. San Antonio St ♦ New Braunfels, Texas 78130
Phone: 830-626-8779 ♦ www.mmbiblaw.com