UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA, | § § | |
| Plaintiff, | § | NO:  SA:19-CR-00106(1)-DAE |
| vs. | § § | |
| (1) Benjamin Joost Bogard, | § § | |
| Defendant. | § § | |

## ORDER RESETTING MOTION HEARING

It is hereby ORDERED that the hearing on the pending SEALED MOTION  (Dkt no. 19) is reset for **Monday, August 05, 2019 at 09:00 AM** before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 09, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE