FILED

JUN 1 3 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-19-CR-106-DAE |
| ) | |
| BENJAMIN JOOST BOGARD, ) | |
|     Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the below described property and the violations of Title 18 U.S.C. §§ 1466A(b)(1) and (d)(4), by virtue of Defendant BENJAMIN JOOST BOGARD's oral guilty plea agreement with the factual basis recited into the record, and that the Defendant has an interest in said properties. As such, said Motion is meritorious, and hereby is in all things GRANTED.   IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant BENJAMIN JOOST BOGARD in certain properties, namely:

1. **Any and all online accounts used by the defendant; and**
2. **Huawei P20 Lite ANE-LX3 cellular telephone bearing serial number KPSDU18425000143,**

hereinafter referred to as the Subject Personal Properties be, and hereby is, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation,

shall seize, take custody, control, and possession of the Subject Personal Properties whether held by the defendant or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Personal Properties in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Personal Properties; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Personal Properties the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45; and IT IS FURTHER

ORDERED that at the time of the sentencing of Defendant BENJAMIN JOOST BOGARD, the forfeiture of the Subject Personal Properties shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this 13th day of JUNE, 2019.

DAVID A. EZRA
Senior United States District Judge